■ BROADWAY NATIONAL BANK, N. A., Respondent, v K.H. Ko PHARMACY CORP. et al., Appellants. [598 NYS2d 704] —Order and judgment of the Supreme Court, New York County (Harold Tompkins, J.), entered on March 2, 1992 and March 17, 1992, respectively, *inter alia,* granting plaintiff's motion for summary judgment and awarding plaintiff $123,787.75, unanimously affirmed, with costs.

The IAS Court properly granted plaintiff summary judgment. Plaintiff established a prima facie case of entitlement to relief upon defendants' default under the terms of the note and guarantee documents *(see, Mount Vernon Trust Co. v Bergoff,* 272 NY 192, 196) and defendants' purported defenses are unavailing. We have considered defendants' contentions and find them to be without merit. Concur—Milonas, J. P., Rosenberger, Ellerin and Kupferman, JJ.